# United States Bankruptcy Court
### Eastern District of New York

In re   **Olympia Office LLC**   Case No. _____
                    Debtor(s)      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **October 19, 2016**          **/s/ Sung Il Han**
                                     **Sung Il Han/Vice President**
                                     Signer/Title

Date:  **October 19, 2016**          **/s/ Jordan Pilevsky, Esq.**
                                     Signature of Attorney
                                     **Jordan Pilevsky, Esq.**
                                     **LaMonica Herbst & Maniscalco, LLP**
                                     **3305 Jerusalem Avenue, Suite 201**
                                     **Wantagh, NY 11793**
                                     **516-826-6500**

Alston, Courtnage &
Bassetti LLP
Chuck Shigley, Esq.
1420 Fifth Ave Ste 3650
Seattle, WA 98101


JSH Properties
10655 NE 4th St Ste 901
Bellevue, WA 98004


K&L Gates LLP
David C. Neu, Esq.
925 Fourth Ave Ste 2900
Seattle, WA 98104


K&L Gates LLP
Brian T. Peterson, Esq.
925 Fourth Ave Ste 2900
Seattle, WA 98104


Lazer Apthaker Rosella
& Yedid
225 Old Country Rd
Melville, NY 11747


Margolis, Winer & Evens L
400 Garden City Plaza
Garden City, NY 11530


Midland Loan Servicing
10851 Mastin St #700
Overland Park, KS 66210


Rainier Foreclosure Svcs
Thomas S. Linde, VP c/o
Schweet Linde & Coulson
575 S. Michigan St
Seattle, WA 98108


Robyn Tuerk, Esq.
205 East 78th Street
APT 16T
New York, NY 10075

Superior Note Solutions
10900 4th Ave NE Ste 2300
Bellevue, WA 98004


U.S. Bank National Assoc.
as Trustee to LaSalle
Bank
425 Walnut Street
Cincinnati, OH 45202


Wells Fargo Bank, N.A.
Corporate Trust Svcs as
Trustee for Merrill Lynch
8480 Stagecoach Circle
Frederick, MD 21701-4747