**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jordan Pilevsky, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                        Chapter 11

OLYMPIA OFFICE LLC,                  Case No.:

             Debtor.
--------------------------------------------------------x

## STATEMENT PURSUANT TO LOCAL RULE 1007(a)(1) AND 7007.1

      Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, Consulting Solutions Group LLC owns more than 10% or more of any class of equity interests of the Debtor.

Dated: October 19, 2016

                                                       *s/ Sung Il Han*
                                                       Sung Il Han,
                                                       Vice President of the Debtor